Keen L. Ellsworth, Esq., Nevada Bar No. 4981
wynter@silverstatelaw.com
ELLSWORTH & BENNION, CHTD.
777 N Rainbow Blvd., Ste 380
Las Vegas, NV 89107-1188
Telephone: (702) 767-9987
Facsimile: (702) 920-9871
*Attorneys for Plaintiff ALECIA AMOY SAVAGE*

Matthew L. Durham, Nevada Bar No. 10342
mld@paynefears.com
Chad D. Olsen, Nevada Bar No. 12060
cdo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315
　　-AND-
Rhianna S. Hughes, California Bar No. 266396/Arizona Bar No. 032955
rsh@paynefears.com
PAYNE & FEARS LLP
2375 East Camelback Road, 6th Floor
Phoenix, Arizona 80516
Telephone: (602) 344-9549
Facsimile: (602) 344-9653
*Attorneys for Defendants DRYBAR HOLDINGS, LLC, VICTORIA LOWRY, RENEE ATWOOD, PATRICE CAMPBELL, and ZENA LONG*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALECIA AMOY SAVAGE, an individual, | Case No. 2:19-CV-00181-RFB-CWH |
| Plaintiff, | Honorable Richard Franklin Boulware II |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR RESPOND TO COMPLAINT** |
| DRYBAR HOLDINGS, LLC, a foreign limited liability company; VICTORIA LOWRY, an individual; RENEE ATWOOD, an individual; PATRICE CAMPBELL, an individual; ZENA LONG, an individual; and DOES 1 through 100, inclusive, | **(First Request)** |
| Defendants. | |

1

Pursuant to LR 6-1, 6-2, and 7-1, Plaintiff Alecia Amoy Savage, by and through her counsel, and Defendants Drybar Holdings, LLC, Victoria Lowry, Renee Atwood, Patrice Campbell, and Zena Long (collectively, "Defendants"), by and through their counsel, stipulate that Defendants have until and including May 14, 2019, in which to answer or otherwise respond to the operative complaint in the above action.

The purpose of this stipulation is to set a single deadline for Defendants to answer or otherwise respond to the complaint. In addition, this extension is requested as Defendants' counsel requires additional time to gather information from each of the defendants and to prepare answers or responses.

By entering into or submitting this stipulation, none of the parties waive any rights that they have under statute, law, rule, or contract with respect to this action or Plaintiff's allegations. Nor does this stipulation constitute a general appearance by any of the Defendants.

DATED: March 14, 2019

ELLSWORTH & BENNION, CHTD.
Attorneys at Law

By: _/s/ Keen L. Ellsworth_
      KEEN L. ELLSWORTH

Attorneys for Plaintiff ALECIA AMOY SAVAGE

DATED: March 14, 2019

PAYNE & FEARS LLP
Attorneys at Law

By: _/s/ Chad D. Olsen_
      CHAD D. OLSEN

Attorneys for Defendants DRYBAR HOLDINGS, LLC, VICTORIA LOWRY, RENEE ATWOOD, PATRICE CAMPBELL, and ZENA LONG

IT IS SO ORDERED.

DATED: Mar 15, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **IT IS SO ORDERED.** |
| 3 | DATED: _____ |
| 4 | |
| 5 | _____<br>UNITED STATES MAGISTRATE JUDGE |
| 6 | 4833-0699-9434.1 |