# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ALECIA AMOY SAVAGE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DRYBAR HOLDINGS, LLC,<br><br>　　　　Defendant. | 2:19-CV-00181-RFB-CWH<br><br>**ORDER** |

　　Before the court is the Alecia Amoy Savage v. Drybar Holdings, LLC, case number 2:19-cv-00181-RFB-CWH.

　　Accordingly,

　　IT IS HEREBY ORDERED that an in-chambers telephonic hearing to discuss the scheduling of the Early Neutral Evaluation Session, is set for 2:00 PM, April 8, 2019.

　　The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

　　DATED this 3rd day of April, 2019.

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE