# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ALECIA AMOY SAVAGE,<br><br>        Plaintiff,<br><br>vs.<br><br>DRYBAR HOLDINGS, LLC, *et al.*,<br><br>        Defendants. | 2:19-cv-00181-RFB-CWH<br><br>**ORDER** |

Before the court is Defendants' Request to Excuse Insurance Representative and Individual Defendants from Appearing at Early Neutral Evaluation (ECF No. 31). Plaintiff's counsel has no objection to excusing the individually named Defendants and Defendants' Insurance Representatives from Attendance at the ENE. *Id* at p. 3.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Defendants' Request to Excuse Insurance Representative and Individual Defendants from Appearing at Early Neutral Evaluation (ECF No. 31) is GRANTED.

Defendants' insurance representative must be available by telephone for the entire duration of the ENE.

DATED this 4th day of June, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE