Sarah J. Odia, Nevada Bar No. 11053
sjo@paynefears.com
Rhianna S. Hughes, *Admitted Pro Hac Vice*
rsh@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants DRYBAR HOLDINGS LLC, VICTORIA LOWRY, RENEE ATWOOD, PATRICE CAMPBELL, and ZENA LONG

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALECIA AMOY SAVAGE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DRYBAR HOLDINGS, LLC, a foreign limited liability company; VICTORIA LOWRY, an individual; RENEE ATWOOD, an individual; PATRICE CAMPBELL, an individual; ZENA LONG, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | DJA<br>Case No. 2:19-CV-00181-RFB-~~CWH~~<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS DRYBAR HOLDINGS LLC, VICTORIA LOWRY, RENEE ATWOOD, PATRICE CAMPBELL, AND ZENA LONG** |

IT IS HEREBY STIPULATED AND AGREED, by and between attorney Rhianna S. Hughes of Payne & Fears LLP, counsel for Defendants DRYBAR HOLDINGS LLC, VICTORIA LOWRY, RENEE ATWOOD, PATRICE CAMPBELL, and ZENA LONG ("Defendants"), and Keen L. Ellsworth, of Ellsworth & Bennion, Chtd., counsel for Plaintiff ALECIA AMOY SAVAGE ("Plaintiff"), that the entire Complaint of Plaintiff against Defendants be dismissed with prejudice, with each party to pay their own attorneys' fees and costs.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

DATED: August 19, 2019   PAYNE & FEARS LLP
Attorneys at Law

By:  /s/ Rhianna S. Hughes
    RHIANNA S. HUGHES

Attorneys for Defendants DRYBAR HOLDINGS LLC, VICTORIA LOWRY, RENEE ATWOOD, PATRICE CAMPBELL, and ZENA LONG

DATED: August 19, 2019   ELLSWORTH & BENNION, CHTD.

By:  /s/ Keen L. Ellsworth
    KEEN L. ELLSWORTH

Attorneys for Plaintiff ALICIA AMOY SAVAGE

**ORDER**

IT IS SO ORDERED, that the entire Complaint of Plaintiff ALICIA AMOY SAVAGE against Defendants DRYBAR HOLDINGS LLC, VICTORIA LOWRY, RENEE ATWOOD, PATRICE CAMPBELL, and ZENA LONG, is hereby dismissed with prejudice, with each party to pay their own attorneys' fees and costs.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of August, 2019.

4839-2159-4527.1